# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA MUTHIORA**<br>4709 3RD PL NW APT 2<br>WASHINGTON DC 20011<br><br>    Plaintiff<br><br>v.<br><br>**THE GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br>441 4TH STREET NW<br>WASHINGTON DC 20001<br><br>  *serve*:   Vincent C. Gray, Mayor<br>           or his designee<br><br>   and<br><br>**JANE DOE**<br>[An officer of the District of Columbia Metropolitan Police, name unknown, identified under pseudonym]<br>[Sued in her individual capacity]<br>300 INDIANA AVENUE NW<br>WASHINGTON DC 20001<br><br>    Defendants | Civil Action No.: |

## COMPLAINT
(State and Federal Torts Relating to Excessive Force)

---

Theresa Muthiora, by and through counsel, Sean R. Day, files this Complaint and states:

**Jurisdiction and Venue**

**1.** Plaintiff herein asserts claims pursuant to 42 U.S.C. § 1983 with related state-law claims; jurisdiction is based upon federal question and supplemental jurisdiction, 28 U.S.C. §§ 1331 and 1367.

**2.** All events described herein occurred in the District of Columbia.

**Notice of Claim**

**3.** On February 11, 2014, less than six months after the incidents alleged herein, the Plaintiff served a notice of claim upon the District of Columbia pursuant to D.C. Code § 12-309.

**Parties**

**4.** Plaintiff **Theresa Muthiora** is a natural person and a citizen of the United States and resident of the District of Columbia.

**5.** The Defendant **Government of the District of Columbia ("District of Columbia")** is a governmental entity and sued pursuant to the District of Columbia Tort Claims Act for the actions of its employee acting within the scope of employment.

**6.** During all events described herein, Defendant **Jane Doe** was an officer of the District of Columbia Metropolitan Police Department (**MPD**) (an agency of the Defendant District of Columbia) and acting within the scope of that employment, in furtherance of the interests of the District of Columbia, and under color of the statutes, ordinances, regulations, customs, or usages, of the government of the District of Columbia.

**7.**     This Complaint is filed against Jane Doe in her individual capacity.

**8.**     The identity of Defendant Jane Doe is unknown at this time. The Complaint will be amended to provide her true name once discovered.

## Incident

**9.**     On or about August 27, 2013, following a domestic disturbance, Ms. Muthiora was arrested by an officer of the MPD and taken to the Central Cell Block (**CCB**) of the MPD at 300 Indiana Avenue NW, Washington DC. The circumstances of her arrest are not relevant for this cause of action.

**10.**    Upon arrival at CCB – where she was to be held temporarily pending arraignment (initial determination of probable cause by a judicial officer, and a hearing on conditions for release), or a decision by the United States Attorney's Office not to prosecute – Defendant Jane Doe was giving Ms. Muthiora instructions for an admissions search, which Ms. Muthiora followed. Defendant Doe then without provocation, reason, or warning assaulted Ms. Muthiora, grabbed her neck, kicked her a few times (stomach and knee), and caused her to fall to the ground, injuring her.

## Count 1 – Assault and Battery

**11.**    The Plaintiff adopts by reference the paragraphs preceding Count 1 as if fully set forth herein.

**12.**    This count is filed against the District of Columbia under the Tort Claims Act for *respondeat superior* liability.

**13.** Defendant Doe, within the scope of her employment with Defendant District of Columbia, intentionally touched Ms. Muthiora in a manner that was offensive or harmful, excessive, and unreasonable.

**14.** As a direct and proximate result of this battery, Ms. Muthiora suffered substantial physical, mental, and other substantial injuries.

**WHEREFORE**, Theresa Muthiora requests against Defendant District of Columbia reasonable compensatory damages, attorney's fees and costs, and judgment for relief.

### Count 2 – § 1983 (Fourth and/or Fifth Amendment)

**15.** The Plaintiff adopts by reference the paragraphs preceding Count 1 as if fully set forth herein.

**16.** This count is filed against Defendant Doe in her individual capacity.

**17.** Defendant Doe battered and used unreasonably excessive force against Ms. Muthiora, in violation of Ms. Muthiora's rights to be free from excessive force and unreasonable searches under the Fourth Amendment to the United States Constitution; or in the alternative in violation of her due process rights under the Fifth Amendment.

**18.** Defendant Doe acted with evil motive or intent, and/or with a reckless or callous indifference to Ms. Muthiora's rights under the Fourth Amendment or in the alternative Fifth Amendment.

**19.** As a direct and proximate result of this violation, Ms. Muthiora suffered substantial physical and mental injuries, a deprivation of constitutional rights, and other substantial injuries.

**WHEREFORE**, Theresa Muthiora requests against Defendant Jane Doe reasonable compensatory and punitive damages, attorney's fees and costs including under 42 U.S.C. § 1988, and judgment for relief.

    Respectfully submitted,

    /s/Sean R. Day/s/
    Sean R. Day (Bar No. 452420)
    7500 GREENWAY CTR DR STE 110
    GREENBELT MD 20770-3511
    301.220.2270
    *Sean@DayInCourt.net*
    Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all jury-triable issues raised in the Complaint.

    /s/Sean R. Day/s/
    Sean R. Day
    Attorney for Plaintiff

PAGE 5 OF 5
COMPLAINT • MUTHIORA V. DISTRICT OF COLUMBIA